IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER,

APR 2 5 2006

GREGORY C. LANGHAM
                CLERK

CIVIL ACTION NO. 00-CV-01605-MSK-CBS

Gary Sherman Jones,
    Petitioner,

vs.

John Suthers,
    Respondent.

---

ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 24th day of April           ,        .

BY THE COURT:

_____
Marcia S. Krieger, Judge

**Re:**   00-CV-01605-MSK-CBS

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge, Marcia S. Krieger, was mailed to the following on ___4/25/06___ .

**Arapahoe County District Court**
**Arapahoe County Justice Center**
**7325 South Potomac Street**
**Centennial, Colorado 80112**

By: _____
    Deputy Clerk